UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 09-cv-01355-MSK

UNITED STATES OF AMERICA,

    Petitioner,

v.

CARROLL ENTERPRISES, INC.,
RICHARD F. CARROLL, PRESIDENT,

    Respondent.

_____

**FINAL ENFORCEMENT ORDER**
_____

    Having considered the United States' Petition To Enforce Internal Revenue Service Summons (Doc. 1) and accompanying exhibits, and the United States' Response to Order to Show Cause (Doc. 6) and accompanying exhibits, this Court finds as follows:

    1.    On January 20, 2009, the Internal Revenue Service ("IRS") issued a summons to Richard F. Carroll, President of Carroll Enterprises, Inc. (hereafter "Respondent").

    2.    The IRS Summons was issued to Respondent for a legitimate purpose - to obtain information for the purpose of determination of tax liability for the tax years ending December 31, 2006 and December 31, 2007.

    3.    The above-listed tax periods were specified in the IRS summons served on Respondent.

    4.    The testimony, records, and documents demanded by the IRS are not in the possession of the IRS.

    5.    The administrative steps required by the Internal Revenue Code for the issuance

of the summons have been met.

6. As indicated in the Declaration of Service (Doc. 8), the Respondent was served on March 23, 2010 with: (1) an Order to Show Cause (Doc. 7) that was issued by the Court on March 4, 2010, and (2) a copy of the Petition (Doc. 1) with exhibits.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 56 Inverness Drive East, Englewood,
Colorado, 80112 before Revenue Officer Crystal Figueroa, telephone number (720) 956-4723, (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than **June 7, 2010**, to give testimony and to produce for examination and copying

the records, documents, and other data demanded by the IRS summons. Failure to comply with this Order may result in Respondent being found in contempt of court, in which case he may be fined or imprisoned.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this 6th day of May, 2010

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge